**IN THE U.S. DISTRICT COURT OF MARYLAND**
**FOR DISTRICT OF MARYLAND**

**Brandon Ware, et al.** *

***On behalf of himself and others similarly situated*** *

*

**Plaintiff**

*

**v.** **Case 1:16-cv-03909-RDB**

*

**AUS, Inc., et al. (t/a "Fat Daddy's")**

*

**Defendants**

______________________________/

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

# If you have worked at "Fat Daddy's" in Ocean City, Maryland on an hourly basis, a collective action lawsuit may affect your rights to receive additional wages.

**A Court authorized this notice. This is not a solicitation from a lawyer.**

☞ A former employee of Fat Daddy's has brought a lawsuit, *Ware, et al. v. AUS, Inc., et al. (t/a "Fat Daddy's")*, Case No. RDB-16-3909. The employee alleges that he and other workers paid by the hour (*hourly workers*) failed to receive additional monies when they worked more than 40 hours in a workweek. The case has been brought under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*. (the "Law").

☞ The U.S. District Court for the District of Maryland (the "Court") has entered an order allowing this case to proceed as a "collective" action, which is a form of a class action. You are receiving this notice because you may be eligible to join this case and file a claim if you worked for Fat Daddy's at time from April 13, 2014 to the present.

☞ The former employee contends that the Law requires that hourly workers receive additional overtime pay when working more than 40 hours in a workweek.

☞ In addition to the alleged underpayment of wages, the former employees also seek double damages to the extent allowed by Law.

☞ You do not have to be a former employee to participate in this case. If you worked as an hourly employee for Fat Daddy's from April 13, 2014 to the present, you may be eligible to participate in this lawsuit. Even if you received tips, the amount of tips that you may have earned has nothing to do with whether you may be potentially owed additional overtime wages by Fat Daddy's.

☞ Federal law prohibits Fat Daddy's, or any other individual acting in its behalf, from discharging you or taking any other retaliatory actions against you because you have exercised your legal right to join this lawsuit or because you have otherwise exercised your rights under the Law. Your right to be free of retaliation does not require that you be currently employed by the Fat Daddy's.

☞ The Defendants, AUS, Inc., AUS2, Inc., Edward Braude, Lisa Braude, 216 of OC, LLC, and 8201 LLC, deny the claims and deny all liability for unpaid overtime compensation.

☞ The Court has not decided whether the Defendants have done anything wrong. There is no money available now and no guarantee that there will be. However, your legal rights are affected, and you have a choice to make now:

| YOUR LEGAL RIGHTS & OPTIONS | |
|---|---|
| **DO NOTHING** | **ASK TO BE INCLUDED** |
| **Get No Benefits From Lawsuit But Retain Legal Rights.**<br><br>Under this option, if you do nothing you lose nothing (except a potential claim due to the passage of time). By doing nothing, you retain your legal rights to bring a separate suit against Defendants for unlawful wage/hour violations. If money or benefits are later awarded in this case, you will not share in them. | **Join The Lawsuit. Await the outcome. Give up the right to sue separately.**<br><br>Complete and return an Opt-In Consent Form by June 15, 2017. By "opting in," you gain the possibility of getting money or benefits that may result from a trial or settlement, but you give up your right to separately sue Defendants for the same legal claims brought in this lawsuit. Moreover the statute of limitations will continue to run until you file it with the appropriate court. You may be required to participate in the discovery process and testify at Trial. You will be bound by any judgment or settlement in the case. |

☞ If you choose to join this suit, you agree to be represented by the named Plaintiff through his attorney: Howard B. Hoffman, Esq.

☞ To ask to be included in this lawsuit, the attached opt-in consent form must be received before June 15, 2017 by Howard B. Hoffman, Esq., 600 Jefferson Plaza, Suite 304, Rockville, Maryland 20852, (301) 251-3753 (fax), hhoffman@hoholaw.com.

☞ The Law provides that a prevailing employee may recover his/her attorneys' fees. You will not be asked to pay any costs or attorneys' fees. A letter of representation exists, and you may ask for a copy in advance of joining the case.

☞ **Any questions? Contact class counsel, Howard B. Hoffman, Esq. at (301) 251-3752.**

☞ **You may also consult with an attorney of your own choosing in deciding whether or not to opt into this lawsuit. You have the right to be represented by counsel of your own choosing. If you wish to be represented by other counsel, you will be responsible for agreeing on an attorneys' fee arrangement with that counsel.**

☞ **This Notice has been authorized by the United States District Court for the District of Maryland, The Honorable Richard D. Bennett, United States District Court Judge. The Court takes no position regarding the merits of the Plaintiff's claims, any claims that you may assert, or Defendants' defenses.**

☞ **Please do not telephone the Court regarding this Notice.**

Hon. Richard D. Bennett
U.S. District Court Judge, District of Maryland

Date: April 28, 2017